UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:18-cv-721-Orl-41TBS

CHARLES S. RODRIGUEZ,

    Plaintiff,

vs.

DITECH FINANCIAL, LLC and
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

    Defendants.
_____/

### NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the mediation in the above-captioned matter has been scheduled for:

| | |
|---|---|
| DATE: | April 25, 2019 |
| TIME: | 10:00 a.m. |
| PLACE: | Upchurch Watson White & Max<br>1060 Maitland Center Commons, Suite 440,<br>Maitland, FL. 32751 |
| MEDIATOR: | Richard B. Lord |

DATED this 18th day of December, 2018.

/s/Richard B. Lord
Mediator #6624R
Upchurch Watson White & Max
1645 Palm Beach Lakes Blvd., Suite 400
West Palm Beach, FL 33401
561-533-7553 phone 561-253-9649 facsimile

### CERTIFICATE OF SERVICE

I hereby certify that on 12/18/2018 a copy of the above was sent via Electronic Mail to: James L. Kauffman, Esquire, jkauffman@baileyglasser.com;mkestnerclay@baileyglasser.com; tpulliam@baileyglasser.com; Edward Mullins, Esquire, emullins@reedsmith.com; edp@reedsmith.com; Justin J. Kontul, Esquire, jkontul@reedsmith.com